# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERRAN MINGO

NO. 2022 KW 0311

**JUNE 21, 2022**

---

In Re:   Derran Mingo, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 22-CR5-148584.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

    **WRIT DENIED AS MOOT.**   The records of the Washington Parish Clerk of Court's Office reflect that on March 23, 2022, relator entered a guilty plea in this matter.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

*a.s~*

---
DEPUTY CLERK OF COURT
    FOR THE COURT